
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | CRIMINAL NO. EP-20-CR- |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | **CT 1**: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| **ALEX BARRON,** | § | - Felon in Possession of a Firearm and |
| | § | Ammunition. |
| Defendant. | § | |
| | § | **CT 2**: 18 U.S.C. §§ 922(o) & 924(a)(2) – |
| | § | Possession of a Machinegun |
| | § | |
| | § | **CT 3**: 26 U.S.C. §§ 5841, 5861(d) & 5871 |
| | § | – Possession of an Unregistered Firearm |
| | § | |
| | § | **CT 4**: 18 U.S.C. § 875(c) – |
| | § | Communicating a Threat in Interstate |
| | § | Commerce |
| | § | |
| | § | **Notice of Government's Demand for** |
| | § | **Forfeiture** |

THE GRAND JURY CHARGES:      **EP20CR1506**

<u>COUNT ONE</u>
(18 U.S.C. § 922(g)(1) & 924(a)(2))

Beginning on or about May 7, 2020, and continuing through and including on or about May 8, 2020, in the Western District of Texas and elsewhere, the Defendant,

**ALEX BARRON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, firearms and ammunition, that is, a semi-automatic AR-15 style rifle without serial number, several semi-automatic AR-15

style pistols without serial numbers, a quantity of 9 millimeter ammunition, and a quantity of .22 caliber ammunition, all having been shipped and transported in interstate ad foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT TWO
(18 U.S.C. § 922(o) & 924(a)(2))

Beginning on or about May 7, 2020, and continuing through and including on or about May 8, 2020, in the Western District of Texas and elsewhere, the Defendant,

**ALEX BARRON,**

did knowingly possess a machinegun, that is, an AR-15 style pistol without serial number, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

## COUNT THREE
(26 U.S.C. § 5841, 5861(d), & 5871)

Beginning on or about May 7, 2020, and continuing through and including on or about May 8, 2020, in the Western District of Texas and elsewhere, the Defendant,

**ALEX BARRON,**

knowingly possessed a firearm, that is a silencer, as designated in Title 18, United States Code, 921(a)(24), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections, 5841, 5861(d), and 5871.

## COUNT FOUR
(18 U.S.C. § 875(c))

Beginning on or about May 4, 2020, and continuing through and including on or about May 8, 2020, in the Western District of Texas, and elsewhere, the Defendant,

### ALEX BARRON,

knowingly and willfully did transmit a communication in interstate and foreign commerce, and the communication contained a threat to injure individuals, specifically, he posted images of AR-15 style rifles accompanied by the hashtags "#watchoutwalmartimcoming", "#droplikeflys", "#watchoutwalmartsimcominginstrong", and "#bullywithafully", among others, in violation of Title 18, United States Code, Section 875(c).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

**I.**
### Firearm Violation and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth in Counts One and Two, the United States of America gives notice to Defendant **ALEX BARRON** of its intent to seek the forfeiture of any and all property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**
\* \* \*

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

## II.
### Possession of Unregistered Firearm Violation and Forfeiture Statutes
[Title 26 U.S.C. § 5861(d), subject to forfeiture pursuant to Title 26 U.S.C. § 5872, as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth in Count Three, the United States of America gives notice to Defendant **ALEX BARRON** of its intent to seek the forfeiture of any and all property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 26 U.S.C. § 5872, as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 26 U.S.C. § 5872. Forfeitures**
> **(a) Laws Applicable.**—Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture, and (except as provided in subsection (b)) all the provisions of internal revenue law relating to searches, seizures, and forfeitures of unstamped articles are extended to and made to apply to the articles taxed under this chapter, and the persons to whom this charter applies.

## III.
### Communicating a Threat in Interstate Commerce Violation and Forfeiture Statutes
[Title 18 U.S.C. § 875(c), subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth in Count Four, the United States of America gives notice to Defendant **ALEX BARRON** of its intent to seek the forfeiture of any and all property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 981(a)(1)(C), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Title 18 U.S.C. § 981(a)(1)(C) states in pertinent part:

> **Title 18 U.S.C. § 981. Civil Forfeiture**
> (a)(1) The following property is subject to forfeiture to the United States:
> \* \* \*
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation . . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

A TRUE BILL ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney