UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § ALEX BARRON, § § Defendant. § | CRIMINAL NO. EP-20-CR-1506-KC |

### DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE

Notice is hereby given that in the case of *U.S. v. ALEX BARRON* Criminal No. EP-20-CR-1506-KC, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following properties to the United States of America:

1. Shanobalch model 62;
2. Harrington Richardson 12 gauge shotgun;
3. Optic covers and trigger pins;
4. Lower receiver (pink);
5. AR 15 style pistol (black and grey);
6. AR 15 style pistol machine gun (pink and black);
7. Lower receiver (white)
8. "Hello Kitty" AR 15 style pistol (black);
9. AR 15 style lower receiver (pink);
10. Lower receiver (white with shavings);
11. AR 15 style pistol (pink and black);
12. Firearm component;
13. Four (4) – AR 15 style buffer springs and one buffer tube;
14. AR style bolt;
15. AK magazine, gun stand, firearm components, upper receiver and barrel;
16. One (1) 5.56 magazine;
17. Twenty-Eight (28) .223 caliber ammunition;

**Appendix A**

18. **Black Hawk handgun holster;**

19. **One (1) round AP 5.56 caliber ammunition;**

20. **AR lower receiver (white);**

21. **Gun parts;**

22. **One (1) round Luger 9mm ammunition;**

23. **Magazine opmg;**

24. **Gun tool/Equipment**

25. **9mm Luger Hornady;**

26. **One (1) 9mm shell caseing and One (1) rifle shell casing;**

27. **Rifle hand guard;**

28. **One (1) round .556 caliber ammunition;**

29. **One (1) round Luger 9mm ammunition;**

30. **One (1) round Winchester .223 caliber ammunition;**

31. **One (1) take down pin;**

32. **Three (3) rounds Luger 9mm ammunition and One (1) take down pin**

33. **One (1) take down pin;**

34. **One (1) Springfield Armory 9mm magazine;**

35. **One (1) round Winchester .223 caliber ammunition;**

36. **One (1) round Remington .223 caliber ammunition;**

37. **One (1) round Luger 9mm ammunition;**

38. **One (1) round Luger 9mm ammunition;**

39. **One (1) magazine (black) with 9mm round ammunition;**

40. **One (1) 9mm Luger round casing;**

41. **One (1) firearm grip (black);**

42. **One (1) magazine loader;**

43. **One (1) round Luger 9mm ammunition;**

44. **One (1) black silencer;**

45. **AR-15 style receiver (black and cream);**

46. **One (1) round AP 17 .556 caliber ammunition;**

47. One (1) magazine (blue) containing AP 17 .556 caliber ammunition;

48. One (1) AR-15 short barrel rifle (black);

49. One (1) round AP 15 .556 caliber ammunition;

50. One (1) magazine (orange) containing AP 17 .556 caliber ammunition;

51. One (1) AR-15 style pistol with black suppressor (black and silver) with "Hello Kitty" stickers;

52. One (1) A USA .223 REM caliber ammunition;

53. AR-15 style pistol (tan and black) and red magazine;

54. One (1) suppressor (silver); and

55. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

The United States hereby gives notice of its intent to dispose of the forfeited properties in such manner as the United States Attorney General may direct. Any person, other than the defendant, asserting a legal interest in properties which have been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. §§ 853(n)(1)-(3). The petition must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and a copy served upon Assistant United States Attorney Kristal M. Wade, 700 E. San Antonio Ave., Suite 200, El Paso, Texas 79901.

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described properties within the time prescribed above, your interest in this properties will be lost and forfeited to the United States, which will then have clear title to the properties and will dispose of the properties in accordance with the law.